E-FILED
Thursday, 17 October, 2019  11:16:38 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

**FILED**

OCT 1 6 2019

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-cr-10031 |
| | ) | |
| MICHAEL R. KWIATKOWSKI, | ) | VIO:  18 U.S.C. §§ 2252A(a)(5)(B) and |
| | ) | b(2); 1466A(b)(1); 2253. |
| Defendant. | ) | |

**SECOND SUPERSEDING INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT ONE**
(Possession of Child Pornography)

On or about April 10, 2019 in the Central District of Illinois, the

defendant,

**MICHAEL R. KWIATKOWSKI,**

did knowingly possess a ZTE phone, IMEI # 863727030584886, that contained

digital images of child pornography, as defined in Title 18, United States Code,

Section 2256(8), other than those contained in counts two, three, and four, that

had been mailed, shipped and transported in interstate and foreign commerce by

any means, including by computer, and that was produced using materials that

had been mailed, shipped and transported in interstate and foreign commerce by

any means, including by computer.

1

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

### COUNT TWO
(Possession of Child Pornography)

On or about April 10, 2019 in the Central District of Illinois, the defendant,

### MICHAEL R. KWIATKOWSKI,

did knowingly possess a Google Pixel 2 XL, IMEI # 358034086954028, that contained digital images of child pornography, as defined in Title 18, United States Code, Section 2256(8), other than those contained in counts one, three, and four, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

### COUNT THREE
(Possession of Child Pornography)

On or about April 10, 2019 in the Central District of Illinois, the defendant,

### MICHAEL R. KWIATKOWSKI,

did knowingly possess a Macintosh iBook S/N UV9392QQH78, that contained digital videos of child pornography, as defined in Title 18, United States Code,

Section 2256(8), other than those contained in counts one, two, and four, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

### COUNT FOUR

(Possession of Obscene Visual Representation of the Sexual Abuse of Children)

On or about April 10, 2019 in the Central District of Illinois, the defendant,

**MICHAEL R. KWIATKOWSKI,**

did knowingly possess an obscene visual depiction, other than those contained in counts one, two and three, to wit a digital video, image and picture, computer video, image and picture, and computer generated video, image and picture, made and produced by electronic, mechanical and other means, of a minor engaging in sexually explicit conduct, as that term is defined 18 U.S.C. §2256(2)(A), to wit sexual intercourse and sadistic and masochistic abuse and lascivious exhibition of the genitals and pubic area of any person, in the circumstances specified in 18 U.S.C. § 1466A(d)(2) and (d)(4).

In violation of Title 18, United States Code, Section 1466A(b)(1).

3

## FORFEITURE NOTICE

1.    The charges contained in Counts One, Two, Three and Four, are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2.    For his engagement in the violations alleged in Counts One, Two, Three, and Four, the defendant,

### MICHAEL R. KWIATKOWSKI,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

a.    Any visual depictions or other matter containing such visual depictions which were produced, transported, mailed, shipped, received, or possessed as alleged in Counts One, Two, Three, and Four of this Indictment;

b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One, Two, Three, and Four of this Indictment; and

c.    Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One, Two, Three, and Four of this Indictment.

4

3.     The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- Apple iMac Pro: Model A1224, Serial # W890820ZZE2
- Apple iBook:  Model M2453, Serial # UV9392QQH78
- Google Pixel 2 XL, IMEI # 358034086954028
- ZTE phone, IMEI #863727030584886

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL,

s/ foreperson

s/ Paul Morris

FOREPERSON

JOHN C. MILHISER
UNITED STATES ATTORNEY

PBM

5